IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04–11–BU–DWM–3 |
| Plaintiff, | |
| vs. | ORDER |
| JAMES EDWARD MITCHELL, | |
| Defendant. | |

A Petition for Warrant for Offender Under Supervision having been filed,

IT IS ORDERED that the Petition and final hearing on revocation are referred to United States Magistrate Judge Timothy Cavan as provided under 18 U.S.C. § 3401(i). Accordingly, Judge Cavan shall conduct the revocation hearing and submit proposed findings of fact and recommendations for such revocation and recommended disposition as provided in 18 U.S.C. § 3583(e).

DATED this 6th day of April, 2022

Donald W. Molloy, District Judge
United States District Court